# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUART WEICHSEL individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant. | Case No. 2:20-cv-17849-MCA-LDW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in the above-captioned action for defendant JPMorgan Chase Bank, N.A.  I certify that I am admitted to practice in this Court.

| | |
|---|---|
| December 28, 2020<br>New York, New York | Respectfully submitted,<br><br>/s/ Alan Schoenfeld<br>Alan Schoenfeld<br>New Jersey Bar No. 285532018<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York  10007<br>tel. (212) 937-7294<br>fax (212) 230-8888<br>alan.schoenfeld@wilmerhale.com |