# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUART WEICHSEL individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>-v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant. | Case No. 2:20-cv-17849-MCA-LDW |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for defendant JPMorgan Chase Bank, N.A. states that it is a wholly owned subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

December 28, 2020
New York, New York

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
tel. (212) 937-7294
fax (212) 230-8888
alan.schoenfeld@wilmerhale.com