# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUART WEICHSEL individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>-v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                Defendant. | Case No. 2:20-cv-17849-MCA-LDW<br><br>**JOINT STIPULATION AND ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

WHEREAS, on December 2, 2020, Plaintiff Stuart Weichsel filed his Complaint commencing the above-captioned proceeding;

WHEREAS, Defendant JPMorgan Chase Bank, N.A. executed a waiver of service sent on December 21, 2020, resulting in a deadline to answer the Complaint or move under Federal Rule of Civil Procedure 12 on February 19, 2021;

WHEREAS, on February 19, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6);

WHEREAS, Plaintiff filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B) on March 12, 2021; and

WHEREAS, the parties have met and conferred regarding a mutually agreeable schedule for responding to the Amended Complaint and briefing a

motion under Federal Rule of Civil Procedure 12 and accordingly agreed to the schedule set forth below;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. The deadline for Defendant to file and serve an answer or a motion under Federal Rule of Civil Procedure 12 in response to the Amended Complaint shall be <u>April 16, 2021</u>;

2. Plaintiff shall file and serve an opposition to a motion filed under Federal Rule of Civil Procedure 12 by <u>May 7, 2021</u>;

3. Defendant shall file and serve any reply in support of a motion filed under Federal Rule of Civil Procure 12 by <u>May 21, 2021</u>.

4. For the avoidance of doubt, the deadlines set forth in this Stipulation shall be subject in any event to any applicable order issued by this Court, or any other court or legislative body with jurisdiction over this matter, in response to the COVID-19 pandemic.

Dated: March 15, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Brian L. Bromberg* <br> Brian L. Bromberg <br> Bromberg Law Office, P.C. <br> 352 Rutland Road #1 <br> Brooklyn, NY 11225 <br> Tel: (212) 248-7906 <br> brian@bromberglawoffice.com <br><br> *Counsel for Plaintiff Stuart Weichsel* | */s/ Alan Schoenfeld* <br> Alan Schoenfeld <br> New Jersey Bar No. 285532018 <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> tel. (212) 937-7294 <br> fax (212) 230-8888 <br> alan.schoenfeld@wilmerhale.com <br><br> *Counsel for Defendant JPMorgan Chase Bank, N.A.* |

**IT IS SO ORDERED** on this  19th  **day of**  March , 2021

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge

3