UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-3371
_____

STUART WEICHSEL, individually and on behalf of all others similarly situated,
Appellant

v.

JP MORGAN CHASE BANK, N.A.
_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 2-20-cv-17849)
U.S. District Judge: Honorable Madeline C. Arleo
_____

Argued March 8, 2023
_____

Before: SHWARTZ, BIBAS, and AMBRO, Circuit Judges.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was argued on March 8, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this

Court that the judgment of the District Court entered on November 29, 2021, is hereby

**AFFIRMED**. Costs shall be taxed against Appellant. All of the above in accordance

with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 11, 2023

**Certified as a true copy and issued in lieu of a formal mandate on** May 3, 2023

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**

2